HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL K. WEST,

        Plaintiff,

   v.

CAVALRY PORTFOLIO SERVICES, LLC,

        Defendant.

CASE NO. C13-244 RAJ

ORDER

This matter comes before the court on the parties' stipulation to amend the case schedule Dkt. # 36. The court GRANTS the stipulation. The Clerk is directed to enter an amended case schedule with a trial date of June 30, 2014. The Clerk is also directed to TERMINATE plaintiff's motion to reset the case schedule (Dkt. # 34), and to RENOTE defendant's motion for attorney's fees to February 14, 2014 (Dkt. # 32). Additionally, plaintiff's deposition must be completed no later than February 11, 2014.

Dated this 15th day of January, 2014.

        WILLIAM M. MCCOOL
        Clerk

        s/Consuelo Ledesma
        Deputy Clerk